478 A.2d 93

Commonwealth v. Egenlauf, Appellant.

Petition for Allowance of Appeal
Denied Sept. 24, 1984.

Submitted March 23, 1984. John H.

Corbett, Jr., Public Defender, for appellant; Melinda G. Tell, Assistant District Attorney, for appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Judgment of sentence affirmed.